LAURENCE L. ANGELO, ESQ. SB No. 034528     (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGEL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No.: 2:09-CV-01609-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO APPEAR**<br>**(Second Extension)**<br><br>The Honorable William B. Shubb Presiding |

　　　　WHEREAS, Plaintiffs have granted Defendants, CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGEL, a prior extension of time by way of stipulation; and

　　　　WHEREAS, in order to answer the Complaint on file herein, Defendants' counsel has been required to review voluminous records and said review should be completed by August 3, 2009; and

-1-
STIPULATION AND ORDER TO EXTEND TIME TO APPEAR (SECOND EXTENSION)

WHEREAS, prior to answering the Complaint, Defendants' counsel must then meet with the individual Defendants concerning the allegations contained in the Complaint; and

WHEREAS, in order to do so Defendants' counsel and Defendants require an additional extension of time to, and including, August 18, 2009; and

WHEREAS, Plaintiffs, with permission of the Court, are willing to extend the time of Defendants to answer the Complaint, with permission of the Court, to and including August 18, 2009:

NOW, THEREFORE, IT IS STIPULATED by an between the parties hereto, through their respective counsel, that Defendants CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGEL, with permission of the Court, may have to and including August 18, 2009 within which to answer the Complaint on file herein.  This is the second extension sought and will be the last sought.

Dated:  July 29, 2009.                    ANGELO, KILDAY & KILDUFF

                                          */s/Laurence L. Angelo*
                                      By:_____
                                          LAURENCE L. ANGELO
                                          Attorneys for Defendants CITY OF
                                          REDDING, DEBORAH WRIGHT and
                                          WILLIAM NAGEL

Dated:  August 6, 2009.                   NAGELEY, MEREDITH & MILLER INC.

                                          */s/Andrea M. Miller*
                                      By:_____
                                          ANDREA M. MILLER
                                          Attorneys for Plaintiffs, E.J.
                                          THOMPSON, VALERY THOMPSON,
                                          MIDSTATE PROPERTIES, VIOLET
                                          MANOR and CEDARS ROAD, LLC

1 | SO ORDERED.

2

3 | DATED: August 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE