ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:    (916) 386-8952

Attorneys for Plaintiffs E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC

LAURENCE L. ANGELO, ESQ. [SBN: 034528]
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,,<br><br>Defendant. | **Case No.:  2:09-cv-01609-WBS-CMK**<br><br>**STIPULATION FOR AN ORDER RESCHEDULING CASE**<br><br>**TRIAL DATE:**  April 19, 2011 |

On November 16, 2009, this Court issued a Status (Pretrial Scheduling) Order in the above-captioned matter.  The parties to the matter, through their counsel of record, seek to reschedule this matter due to unforeseen circumstances that have arisen in its preparation for trial including, but not limited to one of Plaintiffs' attorneys having to

1

undergo major surgery and the need for defense counsel, Laurence L. Angelo, to retire at the end of this year.  The scheduling in the original Order and the changes requested thereto are as follows:

| Activity | Original Date | Requested Date |
|---|---|---|
| Plaintiffs' Disclosure of Experts | 05/14/2010 | 11/15/2010 |
| Defendants' Disclosure of Experts | 05/28/2010 | 11/29/2011 |
| Discovery Completion | 10/1/2010 | 04/16/2011 |
| Last Motion Hearing Date | 12/10/10 | 05/16/2011 |
| Final Pretrial Conference | 02/7/2011 | 07/11/2011 |
| Jury Trial | 04/19/2011 | 09/13/2011 |

All other descriptive elements of the original Scheduling Order shall be enforced as if set forth in this new Scheduling Plan without the need for restating it.

DATED:   August 3, 2010         **NAGELEY, MEREDITH & MILLER, INC.**

                                            */s/Andrea M. Miller*
                                    By: _____
                                            ANDREA M. MILLER
                                            Attorneys For Plaintiffs

DATED:   August 3, 2010         **ANGELO, KILDARE & KILDUFF**

                                            */s/Laurence L. Angelo*
                                    By:_____
                                            LAURENCE L. ANGELO, ESQ.
                                            Attorneys for Defendants

**IT IS SO ORDERED.**

Date:  August 5, 2010

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2