ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:    (916) 386-8952


Attorneys for Plaintiffs E.J. THOMPSON, VALERY THOMPSON,
MIDSTATE PROPERTIES. VIOLET MANNOR and CEDARS ROAD, LLC

LAURENCE L. ANGELO, ESQ. [SBN: 034528]
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT
and WILLIAM NAGEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,,<br><br>             Defendant. | **Case No.:  2:09-cv-01609-WBS-CMK**<br><br>**STIPULATION FOR AN ORDER TO CORRECT A CLERICAL ERROR**<br><br><br>TRIAL DATE:  September 13, 2011 |

On August 20, 2010, this Court entered an Amended Scheduling Order that had scheduling changes sought by a stipulation of the parties.  Counsel for the parties have now identified a typographical or clerical error in their proferred Order and respectfully request that a correction be made to the Order by interlineation.

- 1

The order states that Defendants' shall disclose their experts on 11/29/2011.  That date should read 11/29/2010.  The parties apologize for the error.

DATED:  September 1, 2010                    **NAGELEY, MEREDITH & MILLER, INC.**

/s/ Andrea M. Miller

By_____
ANDREA M. MILLER
Attorneys for Plaintiffs

DATED:  September 1, 2010                    **ANGELO, KILDAY & KILDUFF**

/s/ Laurence L. Angelo

By_____
LAURENCE L. ANGELO
Attorneys for Defendants

### ORDER

The Court, have read the stipulation of counsel, hereby directs that its Scheduling Order filed August 20, 2010, shall be amended by interlineation to show the date for Defendants' disclosure of experts to be 11/29/2010.

**IT IS SO ORDERED.**

Dated:  September 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE