ANDREA M. MILLER [SBN: 088992]
CONNOR A. MOCSNY [SBN: 264937]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952


Attorneys for Plaintiffs E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC


PETER D. HALLORAN [SBN: 184025]
**ANGELO, KILDAY & KILDUFF**
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone No:  (916) 564-6100
Facsimile No:   (916) 564-6263

Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT, and WILLIAM NAGLE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,<br><br>Defendants. | **Case No.: 2:09-cv-01609-WBS-CMK**<br><br>**JOINT STIPULATION FOR AN ORDER RESCHEDULING CASE AND ORDER THEREON** |

On November 16, 2009, this Court issued a Status (Pretrial Scheduling) Order in the above-captioned matter. On November 23, 2010, the Parties to the matter, by and through their counsels of record, obtained an Order from this Court rescheduling several of the matters contained in the Pretrial Scheduling Order due to unforeseen circumstances that arose in preparation for trial.  Due to additional unforeseen

circumstances, the Parties, by and through their counsels of record, seek an Order rescheduling the dates by which the parties must disclose expert witnesses.

The rescheduling of said matter is needed because Plaintiffs' counsel, Andrea Miller, has recently encountered serious health problems that will require extensive medical care, including surgeries, and may result in suspension of her practice for a protracted period of time. As a result of these health problems, Ms. Miller anticipates withdrawing from this case. As such, the parties jointly request that the dates for expert witness disclosure be rescheduled in order to allow Plaintiffs sufficient time to obtain substitute counsel and to allow said counsel time to familiarize him or herself with the case. Accordingly, the parties request that the deadlines for expert witness disclosure be rescheduled as follows:

| ACTIVITY | CURRENT DATE | REQUESTED DATE |
| --- | --- | --- |
| Plaintiffs' Disclosure of Experts | 3/16/2011 | 05/16/2011 |
| Defendants' Disclosure of Experts | 3/30/2011 | 05/30/2011 |

All other elements of the November 23, 2010 Order, and the original Pretrial Scheduling Order, shall remain unchanged.

DATED: January 28, 2011     **NAGELEY, MEREDITH & MILLER, INC.**

By: /s/ Connor A. Mocsny
CONNOR A. MOCSNY
Attorneys for Plaintiffs

DATED: January 28, 2011     **ANGELO, KILDARE & KILDUFF**

By: /s/ Peter Halloran
PETER D. HALLORAN
Attorneys for Defendants

## ORDER

Pursuant to the above Stipulation the dates are rescheduled as follows:

| ACTIVITY | REQUESTED DATE |
|---|---|
| Plaintiffs' Disclosure of Experts | 05/16/2011 |
| Defendants' Disclosure of Experts | 05/30/2011 |

Dated: February 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE