**MICHAEL A. SCHEIBLI, SBN 196748**
**Attorney at Law**
**1416 West Street**
**Redding, CA 96001**
**Phone (530) 243-0317**
**Facsimile (530) 243-2003**
**mscheibli@snowcrest.net**

**Attorney for Plaintiffs E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANNER and CEDARS ROAD, LLC**

**PETER D. HALLORAN SBN 184025**
**ANGELO, KILDAY & KILDUFF**
**601 University Avenue, Ste. 150**
**Sacramento, CA 95825**
**Phone: (916) 564-6100**
**Fax:     (916) 564-6263**

**Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT, and WILLIAM NAGLE**

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EJ THOMPSON, VALERY THOMPSON MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,**<br><br>      Plaintiffs<br><br>vs.<br><br>**CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,**<br><br>      Defendants. | Case No. 2:09-cv-01609-WBS-CMK<br><br><br><br>**STIPULATION FOR AN ORDER RESCHEDULING CASE AND ORDER THEREON** |

On November 16, 2009, this court issued a Status (Pretrial Scheduling) Order. On or about November 23, 2010 this Court issued a new pretrial scheduling order due to unforseen circumstances including the retirement of Lawrence L. Angelo. On February 2, 2011, the Court entered a new scheduling order modifying the expert disclosure deadlines. Since that time Andrea Miller, attorney of record for the Plaintiffs became ill and was and is unable to continue as attorney for the Plaintiffs.

1  A new attorney, Michael A. Scheibli has substituted in and is in the process of reviewing the case,
2  documents, discovery, issues and getting up to speed on this complex case. At present there are over
3  2000 pages of discovery and documents to review.
4  As a result of these unforseen circumstances and the need for Michael A. Scheibli's need to
5  familiarize himself with the case, issues, and discovery the rescheduling of this case is necessary.

**JOINT SCHEDULING ORDER**

| ACTIVITY | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Plaintiffs' Disclosure of Experts | 5/16/11 | 10/16/11 |
| Defendants' Disclosure of Experts | 5/30/11 | 10/30/11 |
| Discovery Completion Date | 6/27/11 | 11/30/11 |
| Last Motion Hearing Date | 7/25/11 | 01/31/12 |
| Final Pretrial Conf. | 9/19/11 at 2:00 pm | Mid to late April 2012 |
| Jury Trial | 11/15/11 at 9:00 am | Mid to late May 2012 |

15  All other descriptive elements of the original Scheduling Order shall be enforced as is set
16  forth in this new Scheduling Plan without the need for restating it.

19                                                          **LAW OFFICE OF MICHAEL A. SCHEIBLI**

20  Dated:  May 5, 2011                           /s/   Michael A. Scheibli
                                                 MICHAEL A. SCHEIBLI
21                                               Attorney for Plaintiffs

24  Dated: May 5, 2011                           **ANGELO, KILDARE & KILDUFF**

25                                                /s/ Peter D. Halloran
                                                 PETER D. HALLORAN
26                                               Attorneys for Defendants

# ORDER

Wherefore, it is hereby ordered that pursuant to the above Stipulation the dates are rescheduled as follows:

| **ACTIVITY** | **NEW DATES** |
|---|---|
| Plaintiffs' Disclosure of Experts | 10/17/11 |
| Defendants' Disclosure of Experts | 10/31/11 |
| Discovery Completion Date | 11/30/11 |
| Last Motion Hearing Date | 01/30/12 at 2:00 p.m. |
| Final Pretrial Conf. | 4/16/2012 at 2:00 p.m. |
| Jury Trial | May 30, 2012 at 9:00 a.m. |

It is further ordered that all other descriptive elements of the original Scheduling Order shall be enforced as is set forth in this new Scheduling Plan without the need for restating it.

Dated:   June 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE