UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR, and CEDARS ROAD, LCC,

        Plaintiffs,

   v.

CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,

        Defendants.

                             /

NO. CIV. 2:09-01609 WBS CMK

ORDER

----oo0oo----

On August 19, 2011, defendants filed a motion for summary judgment, which was set for hearing on September 26, 2011. When plaintiffs failed to file a timely opposition or statement of non-opposition, defendants' counsel contacted plaintiffs' counsel and were informed that plaintiffs' counsel, Michael Alan Scheibli, had not received service of the motion. The court then regenerated electronic service through the court's Case Management/Electronic Case Files ("CM/ECF") program and reset the hearing on the motion for October 11, 2011.

1

1            When the deadline for plaintiffs' opposition or
2   statement of non-opposition to the motion for summary judgment
3   again passed, the court contacted plaintiffs' counsel.  Again,
4   plaintiffs' counsel advised that he had not received service of
5   the motion for summary judgment.  The court's records indicate
6   that the motion for summary judgment was successfully delivered
7   to Mr. Scheibli's email server on September 1, 2011, at eighteen
8   seconds past 5:40 p.m.  The fact that plaintiff's counsel did not
9   receive it demonstrates that the court's electronic service
10  procedures are seriously flawed.
11           Therefore, the only measure the court can take to
12  ensure that Mr. Scheibli receives service of the motion is to
13  serve him with physical copies of the motion.  Accordingly, the
14  clerk of the court is instructed to make hard copies of the
15  motion for summary judgment and supporting documents (Docket No.
16  39) and have them sent by certified United States mail, return
17  receipt requested, to Mr. Scheibli at 1416 West Street, Redding,
18  California, 96001.
19           The hearing on defendants' motion for summary judgment
20  set for October 11, 2011, at 2:00 p.m. is VACATED.  Once the
21  court receives notice from the Postal Service of receipt by Mr.
22  Scheibli, a new hearing date and briefing schedule will be set on
23  the motion for summary judgment
24           IT IS SO ORDERED.
25  DATED: September 29, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2