UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR, and CEDARS ROAD, LCC,

        Plaintiffs,

   v.

CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,

        Defendants.

/

NO. CIV. 2:09-01609 WBS CMK

ORDER

----oo0oo----

After repeated unsuccessful attempts to serve plaintiffs' counsel via the court's Case Management/Electronic Case Files program, the court ordered plaintiffs' counsel to be served with a hard copy of defendants' pending motion for summary judgment via certified mail. Acknowledgment of receipt of the documents has been returned to the court, showing that plaintiffs' counsel received the documents on October 4, 2011. As provided in the court's September 29, 2011 Order (Docket No.

1

45), plaintiffs' counsel shall file any opposition to defendants' motion for summary judgment no later than November 1, 2011, and defendants' shall file a reply no later than November 8, 2011. Oral argument is set for November 21, 2011 at 2:00 p.m. in Courtroom No. 5.

    The Clerk of the Court is instructed to mail a hard copy, via certified mail, of this Order to plaintiffs' counsel.

    IT IS SO ORDERED.

DATED:  October 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE