ANTHONY T. CASO, No. 88561
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
Telephone: (916) 601-1916
Facsimile: (916) 307-5164
E-Mail: tom@caso-law.com

IN THE UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:09-cv-01609-WBS-CMK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE THAT Anthony T. Caso, who had previously associated with Andrea M. Miller of Nageley, Meredith, & Miller, to assist in this case, formally disassociates himself from this action. The basis for the disassociation is that Ms. Miller and her firm have withdrawn from the matter.

DATED: October 3, 2011.

> Respectfully submitted,
>
> ANTHONY T. CASO
>
> /s/ Anthony T. Caso

— 1 —

Attorney<br>**CONSENT TO DISASSOCIATION**

As attorney for defendants in this matter, I consent to the disassociation of Mr. Caso from the representation of defendants in this matter.

DATED:  October __, 2011.

                                 s/Michael. A. Scheibli
                                 Michael A. Scheibli
                                 Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED:  October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE