IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. THOMPSON, et al., | No. CIV S-09-1609-WBS-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the court is defendants' motion to compel (Doc. 40). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for October 19, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: October 18, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1