1  CAROLEE G. KILDUFF, ESQ., SBN 107232
2  PETER D. HALLORAN, ESQ., SBN 184025
   KEVIN J. DEHOFF, ESQ. SBN 252106
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Ave. Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7  Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGLE

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  E.J. THOMPSON, VALERY THOMPSON, MIDSTATE PROPERTIES, VIOLET MANOR and CEDARS ROAD, LLC, | Case No.:  2:09-CV-01609-WBS-CMK |
| 12 | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| 13                      Plaintiffs, | |
| 14            vs. | |
| 15  CITY OF REDDING, DEBORAH WRIGHT, WILLIAM NAGEL, and DOES 1 through 10, Inclusive, | |
| 17                      Defendants. | |

19      The parties, by and through their respective counsel, hereby stipulate to the entry of an
20  order dismissing this action in its entirety, with prejudice, which each party to bear its/his/her
21  own fees and costs, including all attorneys' fees.

22                                                             */s/ Michael A. Scheibli*

23  Dated:  December 5, 2011     _____
24                                Michael A. Scheibli
                                  Attorney for Plaintiffs E.J. THOMPSON, VALERY
25                                THOMPSON, MIDSTATE PROPERTIES,
                                  VIOLET MANOR and CEDARS ROAD, LLC
26

27  ///
28  ///
    ///

-1-
**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**

| | |
|---|---|
| Dated:  December 6, 2011 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Peter D. Halloran* |
| | By: CAROLEE G. KILDUFF<br>PETER D. HALLORAN<br>KEVIN J. DEHOFF<br>Attorneys for Defendants CITY OF REDDING, DEBORAH WRIGHT and WILLIAM NAGEL |

00056985

## ORDER

GOOD CAUSE APPEARING THEREFOR,

IT HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear its/his/her own fees and costs, including attorneys' fees.

Dated:  December 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COURT: *USDC, EASTERN DISTRICT OF CALIFORNIA*
CASE NO. 2:09-CV-01609-WBS-CMK
CASE NAME: *Thompson, et al. v. City of Redding, et al.*

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 150, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with Angelo, Kilday & Kilduff's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Fed.R.Civ.Proc.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On December 6, 2011, I caused the within **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER,** the original of which was produced on recycled paper, to be served via

☒ MAIL ---
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

Michael A. Scheibli, Esq.
1416 West Street
Redding, CA 96001

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 6, 2011 at Sacramento, California.

*/s/ Julie Kraus*

Julie Kraus